1  DANA A. SUNTAG, (State Bar No. 125127)
   JOSHUA J. STEVENS, (State Bar No. 238105)
2  HERUM\CRABTREE\SUNTAG
   *A California Professional Corporation*
3  3757 Pacific Avenue, Suite 222
   Stockton, California 95207
4  Telephone: (209) 472-7700/Facsimile: (209) 472-7986
   dsuntag@herumcrabtree.com
5  jstevens@herumcrabtree.com

6  Attorneys for All Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.B.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN JOAQUIN,<br><br>    Defendants. | Case No.: 2:17-CV-01279-TLN-GGH<br><br>**STIPULATION TO WITHDRAW MOTION FOR JUDGMENT ON THE PLEADINGS AND TO SEAL EXHIBITS AND ORDER**<br><br>[No hearing requested] |

1

Plaintiff S.B. and Defendant County of San Joaquin (the "County") enter into this stipulation, as follows.

## RECITALS

A. On July 13, 2017, the County filed a Motion for Judgment on the Pleadings as to Plaintiff's first, second, and third claims for relief, set for hearing on August 10, 2017. (Doc. No. 5.)

B. The parties thereafter met and conferred regarding the Motion and the County wishes to withdraw the Motion without prejudice.

C. On July 14, 2017, the County's counsel received an email from the Clerk of this Court stating that Exhibits A and B to the County's Motion (Doc. No. 5-2, pp. 4-5, and Doc. No. 5-3, p. 4) did not comply with Federal Rule of Civil Procedure Rule 5.2 or Local Rule 140 because they contain Plaintiff S.B.'s full name and last name.

D. The events that form the basis of Plaintiff's Complaint allegedly occurred when S.B. was a minor. Plaintiff turned 18 years old before filing her Complaint, as noted in Paragraph 1 of her Complaint. Therefore, it is not clear whether the rules contained in F.R.C.P. Rule 5.2(a)(3) and L.R. 140(a)(i) of identifying a minor only by initials apply to the instant case.

E. Counsel for the parties met and conferred on this issue as well, and it is Plaintiff's preference that all future filings identify only her initials.

## STIPULATION

IT IS STIPULATED AND AGREED, by the parties, and through their counsel of record, as follows:

1. The County's motion for judgment on the pleadings be withdrawn without prejudice and the August 10, 2017, hearing be vacated.

2. Exhibits A and B filed in support of the County's Motion be sealed.

Respectfully Submitted,

Dated: July 21, 2017     SADIQ LAW FIRM

By: /s/ - *Shafeeq Sadiq*
  Shafeeq Sadiq
  Attorney for Plaintiff

Dated: July 21, 2017     HERUM CRABTREE SUNTAG
          A California Professional Corporation

By: /s/ - *Joshua J. Stevens*
  JOSHUA J. STEVENS
  Attorney for All Defendants

## **ORDER**

The Court, having considered the parties' stipulation, and good cause appearing, rules as follows:

1. The Motion for Judgment on the Pleadings is withdrawn without prejudice and the hearing on August 10, 2017, is vacated.

2. Exhibits A and B to the Motion shall be sealed and the Clerk is directed to remove them from the public records.

**IT IS SO ORDERED.**

DATED: July 24, 2017

_____
Troy L. Nunley
United States District Judge



STIPULATION TO WITHDRAW MOTION
FOR JUDGMENT ON THE PLEADINGS
AND SEAL EXHIBITS & ORDER