DANA A. SUNTAG, (State Bar No. 125127)
JOSHUA J. STEVENS, (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.B., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN JOAQUIN, <br><br> Defendants. | Case No.: 2:17-CV-01279-TLN-GGH <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER ONLY TO EXTEND EXPERT DISCLOSURE DATES** <br><br> [No hearing requested] |

1

STIPULATION AND ORDER
TO MODIFY SCHEDULING ORDER

## RECITALS

A. On April 21, 2017, Plaintiff filed this lawsuit in state court.

B. On June 22, 2017, Defendants filed a Notice of Removal.

C. On October 16, 2017, the Court issued a scheduling order. The scheduling order set an expert witness disclosure deadline of October 25, 2018, with supplemental expert witness disclosures due 20 days thereafter.

D. The parties engaged in substantial non-expert discovery, including various depositions and several rounds of written discovery.

E. Following this discovery, the parties have engaged in settlement discussions in an effort to resolve this case and they are still engaged in such settlement discussions.

F. The parties require a short amount of additional time to designate expert witnesses. They believe that such an extension of time will also allow them to focus on settlement discussions in further efforts to resolve this case.

G. When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice of the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A); *Johnson v. Mammoth Recreations, Inc.* 975 F.2d 604, 609 (9th Cir. 1992) ("The district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'").

H. There have been no prior modifications of the scheduling order.

## STIPULATION

IT IS STIPULATED AND AGREED, by the parties, through their undersigned counsel of record, that the expert disclosure deadlines be modified as follows:

| Matter | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert designations, including expert reports | October 25, 2018 | November 30, 2018 |



2

STIPULATION AND ORDER
TO MODIFY SCHEDULING ORDER

| Supplemental designations, including expert reports | November 14, 2018 | December 15, 2018 |

The parties do not ask the Court to modify the scheduling order in any other respect, and they believe the extensions of time requested by this Stipulation do not require any other modifications.

Respectfully Submitted,

Dated: October 17, 2018          SADIQ LAW FIRM

By: /s/ *Shafeeq Sadiq*
    SHAFEEQ SADIQ
    Attorney for Plaintiff

Dated: October 17, 2018          HERUM CRABTREE SUNTAG
                                 A California Professional Corporation

By: /s/ *Joshua J. Stevens*
    JOSHUA J. STEVENS
    Attorney for All Defendants

## ORDER

The Court has reviewed and considered the parties' stipulation, and good cause appearing, approves it.

IT IS ORDERED that the Scheduling Order is modified as follows:

| Matter | New Deadline |
|---|---|
| Expert designations, including expert reports | November 30, 2018 |
| Supplemental designations, including expert reports | December 15, 2018 |

Dated: October 22, 2018

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER
TO MODIFY SCHEDULING ORDER